

**NEW JERSEY OFFICE**
06 POMPTON AVENUE, SUITE 25
CEDAR GROVE, NJ 07009
(973) 239-4300

**NEW YORK OFFICE**
347 5TH AVENUE, SUITE 1402
NEW YORK, NY 10016
(646) 205-2259

LORRAINE@LGRLAWGROUP.COM
WWW.LGAULIRUFO.COM
FAX: (973) 239-4310
_____

*Via ECF*
Honorable Richard M. Berman
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re: *US v. Emordi, Keith*
    *23-cr-265 (RMB )*

> Application(s) granted. Defendants who reside outside NYS may appear remotely with their counsel on July 11, 2023 at 2:00 pm for the initial appearance. In custody defendants and counsel will appear in the courtroom at 1:30 pm.
>
> SO ORDERED:
> Date: 7/6/23
> /s/ Richard M. Berman
> Richard M. Berman, U.S.D.J.

Dear Judge Berman:

    I was appointed to represent Keith Emordi pursuant to the Criminal Justice Act ("CJA"). We have an arraignment and initial conference scheduled before Your Honor on July 11, 2023. I currently have a scheduling conflict on that date as I will be in Atlantic City for a plea hearing. In addition my client resides in Texas. I am respectfully requesting that Your Honor permit Sarah Sacks Esq., whom represents Amadou Ba to stand in for me for the arraignment and initial conference and allow my client Mr. Emordi, to appear virtually. I have discussed this with my client, Keith Emordi, and he has no objection to this request.

    Thank you for Your Honor's time and consideration to this matter.

                              Respectfully submitted,
                              s/ Lorraine Gauli-Rufo
                              Lorraine Gauli-Rufo, Esq.
                              Attorney for Keith Emordi

Cc: Sarah Sacks, Esq.
     Jane Chong, AUSA