**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Government, | : | 23 CR. 265 (RMB) |
| | : | |
| - against - | : | **ORDER** |
| | : | |
| SALIF NDAMA-TRAORE, | : | |
| IBRAHIM BOCCOUM, | : | |
| | : | |
| Defendant(s). | : | |

------------------------------------------------------------x

The hearing scheduled for Tuesday, July 11, 2023 at 1:30 P.M. will take place in Courtroom 17B.

Dated: July 6, 2023
New York, NY

*Richard M. Berman*

RICHARD M. BERMAN
U.S.D.J.