**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------x
UNITED STATES OF AMERICA,                :
                                          :
                    Government,       :      23 CR. 265 (RMB)
                                          :
        - against -                  :      **ORDER**
                                          :
NDAMA-TRAORE ET AL,                       :
                                          :
                    Defendant(s).     :
---------------------------------------------------------------x

The status conference scheduled for Wednesday, September 13, 2023 at 11:00 A.M. will take place in Courtroom 17B.

Dated: September 6, 2023
       New York, NY

                                                _____
                                                   RICHARD M. BERMAN
                                                        U.S.D.J.