**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
UNITED STATES OF AMERICA,                :
                                          :
                Government,    :    23 CR. 265 (RMB)
                                          :
      - against -              :    **ORDER**
                                          :
                                          :
SALIF NDAMA-TRAORE,                       :
IBRAHIM BOCCOUM,                          :
                                          :
                Defendant(s).  :
-------------------------------------------------------------x

The status conference scheduled for Wednesday, November 8, 2023 at 10:00 A.M. will take place in Courtroom 17B.

Dated: November 1, 2023
       New York, NY

                                                    RICHARD M. BERMAN
                                                        U.S.D.J.