UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
UNITED STATES OF AMERICA,                    :
                                             :
                Government,     :    23 CR. 265 (RMB)
                                             :
   - against -                              :    **ORDER**
                                             :
                                             :
SALIF NDAMA-TRAORE,                          :
IBRAHIM BOCCOUM,                             :
                                             :
                Defendant(s).   :
---------------------------------------------------------------x

The status conference scheduled for Wednesday, January 10, 2024 at 10:00 A.M. will take place in Courtroom 17B.

Dated: January 3, 2024
       New York, NY

                                                _____
                                                    RICHARD M. BERMAN
                                                           U.S.D.J.