**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/9/24

January 9, 2024

The Honorable Richard M. Berman
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007

Re:   *United States v. Ndama Traore et al.*, 23 Cr. 265 (RMB)

Dear Judge Berman:

The Government respectfully submits this joint letter on behalf of all parties to request a 60-day adjournment of the status conference currently scheduled for January 9, 2024 at 10:30 a.m.

The parties apologize for not submitting this letter yesterday in accordance with the Court's individual rules. Two prior adjournments have been requested, but in light of the voluminous discovery produced to date, the parties agree that additional time is needed for the defense to sufficiently review the materials. The Government is also conferring with certain defendants about a possible disposition.

All defense counsel have confirmed that they consent to this request and to the continued exclusion of time through the date of the new status conference. The interests served by such an adjournment and exclusion of time outweigh the public and the defendant's interest in a speedy trial for the reasons set forth above.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

by: /s/ *Jane Y. Chong*
Jane Y. Chong
Assistant United States Attorney
(917) 763-3172

Cc (by CM/ECF): John M. Burke, Esq.
~~Lorraine Gauli-Rufo, Esq.~~
Scott E. Migden, Esq.
Sarah M. Sacks, Esq.

---

*Handwritten order:*

Conference is adjourned to 3/12/24 at 11:00 am. Time is excluded pursuant to the Speedy Trial Act for the reasons set forth in this letter.

SO ORDERED:
Date: 1/9/24

*Richard M. Berman*
Richard M. Berman, U.S.D.J.