**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
UNITED STATES OF AMERICA, :
:
                Government, : 23 CR. 265 (RMB)
:
  - against - : **ORDER**
:
:
SALIF NDAMA-TRAORE, :
IBRAHIM BOCCOUM :
:
                Defendant. :
---------------------------------------------------------------x

The status conference scheduled for Tuesday, March 12, 2024 at 11:00 A.M. will take place in Courtroom 17B.

Dated: March 7, 2024
      New York, NY

*Richard M. Berman*
_____
RICHARD M. BERMAN
U.S.D.J.