**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------x
UNITED STATES OF AMERICA,                          :
                                                                         :
                      Government,         :        23 CR. 265 (RMB)
                                                                         :
      - against -                                :        **ORDER**
                                                                         :
                                                                         :
SALIF NDAMA-TRAORE,                                :
                                                                         :
                      Defendant.           :
---------------------------------------------------------------x

The status conference (substitution of counsel) scheduled for Wednesday, May 1, 2024 at 10:45 A.M. will take place in Courtroom 17B.

Dated: April 24, 2024
       New York, NY

                                                  _____
                                                        RICHARD M. BERMAN
                                                             U.S.D.J.