**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
UNITED STATES OF AMERICA,                      :
                                               :
                        Government,       :     23 CR. 265 (RMB)
                                               :
        - against -                          :     **ORDER**
                                               :
                                               :
SALIF NDAMA-TRAORE, IBRAHIM BOCCOUM,            :
KEITH EMORDI, KYLE EMORDI,                     :
AMADOU TIDANE BA,                              :
MOHAMED NABIL ELIKPLIM AKINOTCHO,              :
                                               :
                        Defendant(s).      :
-----------------------------------------------------------------x

        The status conference scheduled for Wednesday, May 1, 2024 at 11:00 A.M. will take place in Courtroom 17B.

Dated: April 24, 2024
       New York, NY

                                            _____
                                                RICHARD M. BERMAN
                                                   U.S.D.J.