UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------X
UNITED STATES OF AMERICA,

             -against-

SALIF NDAMA-TRAORE,
                Defendant.
------------------X

ORDER
23 Cr. 265 (RMB)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/9/24

Upon the written application of Ken Womble, Esq., dated May 1, 2024, and with the consent of Salif Ndama-Traore, as represented by Mr. Womble, it is hereby:

ORDERED, that Mr. Womble is granted leave to delegate substantive tasks in connection with the representation of Mr. Ndama-Traore in the above-captioned case to Keith White, Esq., pursuant to Rule VIII(A) of the Revised Plan for Furnishing Representation Pursuant to the Criminal Justice Act (18 U.S.C. §3006A) and the Criminal Justice Mentoring Program of the Southern District of New York. This Order shall be entered *nunc pro tunc* to April 16, 2024.

As per the Criminal Justice Act Mentoring Program, Mr. White may bill his time at a rate of $103 per hour, after completing 15 hours of *pro bono* work on the case.

DATED:    New York, New York
              5/9/24

So Ordered:

RMB
_____
Hon. Richard M. Berman
United States District Judge