**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
UNITED STATES OF AMERICA,                :
                                         :
                Government,     :     23 CR. 265 (RMB)
                                         :
      - against -                       :     **ORDER**
                                         :
                                         :
SALIF NDAMA-TRAORE,                      :
                                         :
                Defendant.      :
------------------------------------------------------------x

The plea scheduled for Wednesday, July 17, 2024 at 10:30 A.M. will take place in Courtroom 17B.

Dated: July 10, 2024
       New York, NY

                                            RICHARD M. BERMAN
                                            U.S.D.J.