UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA,

                                                  **ORDER**

          -against-                                            23 Cr 265 (RMB)

SALIF NDAMA-TRAORE,

                              Defendant.
------------------------------------------------------------X

WHEREAS, with the Defendant's consent, his guilty plea allocution was taken before a United States Magistrate Judge on July 17, 2024;

WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court;

WHEREAS, upon review of the transcript, this Court has determined that the Defendant entered the guilty plea knowingly and voluntarily and that there was a sufficient factual basis for the guilty plea;

IT IS HEREBY ORDERED that SALIF NDAMA-TRAORE's guilty plea is accepted.

IT IS HEREBY FURTHER ORDERED that the sentencing is scheduled for November 12, 2024 at 2:00 pm. Defense sentencing submission is due October 28, 2024. Government sentencing submission is due November 4, 2024.

Dated: New York, New York
         September 3, 2024

                                                  **RICHARD M. BERMAN, U.S.D.J.**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/4/24