

<div style="text-align:right">

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

</div>

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 16, 2024



DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/17/24

The Honorable Richard M. Berman
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007

    Re:    *United States v. Ndama Traore et al.*, 23 Cr. 265 (RMB)

Dear Judge Berman:

    The Court scheduled a status conference as to all defendants for tomorrow, September 17, 2024, at 11 am. (ECF No. 135). The Government respectfully submits this letter to request an adjournment *sine die* as to five of the defendants—Amadou Ba, Ibrahim Bocoum, Kyle Emordi, Keith Emordi, and Salif Ndama-Traore—as these defendants have entered a change of plea or confirmed to the Government their intention to enter a change of plea.

    As to the remaining defendant, Mohamed Nabil Elikplim, with the consent of defense counsel Todd Spodek, the Government requests a 45-day adjournment so that the parties can continue their discussions about a pretrial disposition, with time excluded under the Speedy Trial Act until the date of the newly scheduled status conference. The exclusion is in the interests of justice for the above-stated reason.

<div style="margin-left:50%">

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

by: /s/ Jane Y. Chong
Jane Y. Chong
Assistant United States Attorney
(917) 763-3172

</div>

Cc (by CM/ECF): John M. Burke, Esq.
Lorraine Gauli-Rufo, Esq., and Hannah Eaves, Esq.
Ken Womble, Esq., and Keith White, Esq.
Sarah M. Sacks, Esq.
Jason Foy, Esq.
Todd A. Spodek, Esq.

Application(s) granted. Defendant Akinotcho's conference is adjourned to 10/29/24 at 12:00 noon. Time is excluded pursuant to the Speedy Trial Act for the reasons set forth.

SO ORDERED:
Date: 9/17/24

*Richard M. Berman*
Richard M. Berman, U.S.D.J.