**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------x
UNITED STATES OF AMERICA,       :
       :
      Government,     :     23 CR. 265 (RMB)
       :
   - against -      :     **ORDER**
       :
       :
SALIF NDAMA-TRAORE,     :
       :
      Defendant.     :
----------------------------------------------------------------x

The sentencing scheduled for Tuesday, November 12, 2024 at 2:00 P.M. will take place in Courtroom 17B.


Dated: November 6, 2024
      New York, NY


_____

RICHARD M. BERMAN
U.S.D.J.