# ZEMAN & WOMBLE, LLP

KEN WOMBLE  
20 VESEY STREET, RM 400  
NEW YORK, NY 10007

P (718) 514-9100  
F (917) 210-3700  
WOMBLE@ZEMANWOMBLELAW.COM

WWW.ZEMANWOMBLELAW.COM

---

**VIA ECF & E-MAIL**  
Honorable Richard M. Berman  
United States District Judge  
Southern District of New York  
500 Pearl Street  
New York, NY 10007

USDC SDNY  
DOCUMENT  
ELECTRONICALLY FILED  
DOC #:  
DATE FILED: 11/19/24

November 14, 2024

Re: *United States v. Salif Ndama-Traore*, 23 Cr. 265 (RMB)

Dear Judge Berman:

On November 12, 2024, this Court sentenced Mr. Ndama-Traore to a period of incarceration. At the sentencing hearing, I failed to request that the Court make a specific recommendation to the Bureau of Prisons concerning Mr. Ndama-Traore's designation. I write on behalf of my client to respectfully request that the Court issue an amended judgment to the filed Judgment in this case (Doc. 170, filed on November 13, 2014) that includes a recommendation to the Bureau of Prisons that Mr. Ndama-Traore be designated to a federal prison as near as possible to Houston, Texas, so that he may be detained close to his family, including his partner and son. I have conferred with the government and they have no objection to this request.

Thank you for your consideration of this request.

Respectfully submitted,

Ken Womble  
Ken Womble  
Counsel for Salif Ndama-Traore

---

The Court hereby recommends that BOP designate Mr. Ndama-Traore to a facility close to Houston, Texas. Counsel shall advise BOP in writing of the Court's recommendation.

SO ORDERED:  
Date: 11/19/24    Richard M. Berman  
Richard M. Berman, U.S.D.J.